IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| BILLY N. HAMMOCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 109-136 |
| | ) |
| FNU GARGANEOUS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. nos. 55, 56).[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant's Motion to Dismiss (doc. no. 33) is **GRANTED IN PART**, Plaintiff's Motion to Dismiss (doc. no. 49) is **DENIED AS MOOT**, Plaintiff's complaint is **DISMISSED** without prejudice, and this civil action is **CLOSED**.[2] In addition, Plaintiff is not permitted to file a new lawsuit against Defendant regarding the

---

[1] Although titled as "motions," the Court liberally construes these filings as objections. Plaintiff appears to have attempted to amend his initial objections (doc. no. 55) in a subsequent document filed one day later (doc. no. 56). While these documents make vague references to the R&R, they in no way call into question the analysis set forth in the R&R or otherwise suggest that Plaintiff has a valid request for any type of Court action.

[2] As this case is now closed, Plaintiff's "Motion Seek[ing] a Response to a Motion Titled Response in the Above Case Number" is **DENIED AS MOOT**. (Doc. no. 57.) Even if the case were not closed, the motion would still be moot, as it requests that the Court compel Defendant to reply to Plaintiff's response to a motion to dismiss, and Defendant has no obligation to file such a reply.

events at issue in this case unless and until he has paid Defendant the sum of $150.00 in expenses awarded in the Magistrate Judge's September 30, 2010 Order.

SO ORDERED this 13th day of January, 2011, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA